Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR05-211JLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO CONTINUE TRIAL |
| | ) | |
| BRIAN KEVIN RUBENAKER, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having reviewed the records and files herein including the stipulated motion to continue the pretrial motions cutoff date and trial date makes the following findings and enters the following Order:

1. Initial plea negotiations have begun on June 28, 2005. The first proffer session took place on July 8, 2005. This proffer will be the first of several meetings necessary to evaluate the cooperation now being offered by defendant. Therefore, additional time is necessary for the government and defendant to meet and confer regarding a pretrial resolution.

2. Due to defense counsel's trial schedule, defendant requires additional time to consider and file any pretrial motions.

3. Absent a plea agreement in this case, the parties require additional time to fully prepare for trial.

[PROPOSED] ORDER TO CONTINUE TRIAL DATE/RUBENAKER - 1
CR05-211R

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1	4.	The ends of justice outweigh the best interest of the public and the defendant in a speedy trial. That failure to grant a continuance based upon the parties' need to prepare the matter for trial and to ensure that defense counsel is available for trial would result in a miscarriage of justice.

5.	The government and defendant has requested and stipulated to a continuance and the defendant must sign and file a written waiver of speedy trial which must be filed no later than July 20, 2005.

IT IS HEREBY ORDERED that the pretrial motions cutoff date for defendant is continued from June 23, 2005, to September 12, 2005.

IT IS HEREBY ORDERED that the trial date is continued from July 25, 2005, to October 24, 2005.

DONE this 11th day of July, 2005.

s/James L. Robart
_____
JAMES L. ROBART
United States District Court Judge

Presented by:

/s David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-5040
Fax: (206) 553-0755
E-mail: David.R.Jennings@usdoj.gov


/s Anthony Savage, Jr., per meeting on 7/8/05
ANTHONY SAVAGE, JR.
Attorney for Defendant

[PROPOSED] ORDER TO CONTINUE TRIAL DATE/RUBENAKER - 2
CR05-211R

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970