THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>BRIAN RUBENAKER,<br><br>　　　　Defendant | Case No.: CR19-002RSM & CR05-112RSM<br><br><br>ORDER TO SEAL DOCUMENT |

This matter has come before the undersigned on the motion of Brian Rubenaker to file Defendant's Sentencing Memorandum under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that Defendant's Sentencing Memorandum be filed under seal and shall remain under seal.

Dated this 2nd day of April, 2019.

　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

/s
Presented by:
Catherine Chaney
Attorney for Defendant

ORDER TO SEAL DOCUMENT- 1